# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Treizy Lopez

_____
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Department of Corrections (Entity)
Maher Kasabli, D.D.S.
Frankie Cuevas, D.D.S
Meghan Faust C.D.A.
Lisa Cruz D.D.S.
Jennifer Cruz RCOO
James, Nurse    Jennifer Sanchez, RCOO.
Defendant(s).

(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied
by the court)

## A. PARTIES

1. Treizy Lopez is a citizen of Connecticut who
(Plaintiff)                              (State)
presently resides at Cheshire C.I. 900 Highland Ave Cheshire Ct. 06410
(mailing address)

2. Defendant The Dept of Corrections is a citizen of Connecticut
(name of first defendant)         Entity        (State)
whose address is 24 Wolcott Hill Road Wethersfield Ct.,

and who is employed as Entity The State of Connecticut Dept. of Corr.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__Yes _____No. If your answer is "Yes," briefly explain:

_As an Entity of the State, the Law of the State gives it action._

3. Defendant _Maher Kasabji DDS._ is a citizen of _Connecticut_
   (name of second defendant)                                    (State)

whose address is _24 wolcott hill Road wethersfeld Ct._

and who is employed as _Dentist (part time of Violation)_ .
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__Yes _____No. If your answer is "Yes," briefly explain:

_This Defendant, was and is a Medical Provider who's title is_
_DDS, and He was and is a D.O.C. State Employee._

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.) _See, Attached Continued Parties!_

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   __✓__    42 U.S.C. § 1983 (applies to state defendants) _325 ADAAA 28 C.f.R. 35.153, et seq._
             _42 U.S.C. § 12101 et seq. 2008 Public law 110-325_
   _____   **Bivens v. Six Unknown Named Agents of Fed. Bureau of**
             **Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to
             federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) _§ 1391 (b)(2)_

_ADAAA of 2008 42 U.S.C.§12101 et seq. Title II Sec 504, And The R.A. 1973_
_29 U.S.C. § 794 (a); 28. C.f.R. §§ 35.153, § 42.501 et seq, § 1915, 42 U.S.C. § 1988_
_All Defendants Are being Sued in Their Official and Individual_
_Capacities, under the ADA.§ R.A._

Cont: Parties

4. Defendant: Frankie Cuevas, D.D.S., is a Citizen of Connecticut. Who reside and works at Mcdougal Walker C.I. 1153 East Street South Suffield Ct. He is Employed by The Dept. of Corrections, As a Dentist. At time of claims alleged in this complaint, he was acting under the color of state law, Hired/Contracted/employed as a Dentist.

5. Defendant: Meghan Faust, C.D.A., is a Citizen of Conn., who reside and works at Mcdougal Walker C.I., as a Dental assistant at 1153 East Street South Suffield Ct. as employee of the D.O.C., at all relevant times pertinent to allegations in this complaint She was acting under the Color of State Law employed by State Dept. D.O.C.(Entity)

6. Defendant: Lisa Cruz, D.D.S. is a citizen of Conn. Who reside and worked at Mcdougal Walker C.I. at 1153 East Street South, Suffield Ct. As Supervising Dentist Dr. employed by D.O.C. and at all relevant times alleged in this complaint She was acting under the color of State Law as an employee of the State Entity Dept. of Corr.

7. Defendant: Jennifer Cruz, R.C.O.O. is a citizen of Conn., who reside at Mcdougal Walker C.I., 1153 East Street South Suffield Ct. She is employed by the D.o.c. as medical staff, she is Regional Chief Operating Off. In this capacity she was acting under

Parties Cont:
State Entity, under Color of State Law as D.O.C. employee.

8. Defendant: Nurse, James, is a citizen of Connecticut who reside Medougal Walker C.I. 1153 East Street South Suffield, Ct. He is employed by the Entity, the D.O.C. and at all times alleged in this Complaint, he was acting under the Color of State Law. employed or Contracted as a Nurse.

9. Defendant: Jennifer Sanchez RCOO is a citizen of Connecticut who resides at Corrigan C.C. New London Turnpike, Uncasville, Ct. She is employed by the Entity, the D.O.C. as a Medical Nurse Provider, H.S.A.R. Coordinator and at all times alleged in this Complaint she was acting under the Color of State Law, Hired/Contracted by D.O.C. State Dept.



## C. NATURE OF THE CASE

BRIEFLY state the background of your case. This Case involves the D.O.c. as an Entity and it's Contractory, Agent, employees and staff, not providing Plaintiff prompt and or adequate Health Care of a Contempary Standard of Deceney. Therefore putting his life at great Risk causing him great harm and injury by allowing him to suffer in serere extreme pain and anguish, with Dental Problems (Conditions) that they were/are aware of the prevents him from eating, sleeping, and or functiong as a normal human being, there for making/qualifying him as a Disabled Person as the ADA/RA act Defines it. The Conditions of him having bleeding Gums loose teeth multiple Abseses and swollen Gums that has burst and caused scarred tissue and more health Problem effecting his whole Body and the Intentional actions of Defendants fabricating and falsifying reports, files, and not respond to his numerous request for help. ~~AN~~D. CAUSE OF ACTION unnecessary extraction of teeth rather Than repairing when Optional.

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I:    8th Amendment of Deliberate Indifference to Serious medical/Dental Needs, And not providing Prompt and or Adequate Care of the Contempary Standards of Deceney.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Attached Statement of facts and parties named as Defendants. As to claim 1, 2, & 3 as set forth herein.

3

**Claim II:** ADA & R.A.; Title II Sec. 504 42 U.S.C. 3121 et seq. 28 U.S.C. § 794, ADAAA of 2008 And 29 U.S.C. of 1973 Citing U.S. v. Georgia, 546 U.S. 151, 155 (2006) D.O.C. as an Entity & All Defendants, Official & Individually.

**Supporting Facts:** As a Qualified Disabled Person, by the Standards set and Mandated via Department of Justice's 2010 Regulations; for ADA & R.A.; 28 C.f.R. § 35.152, § 42-501 et seqs. Which requires for the Entity that funded by federal moneys to provide persons disabled adequate health care/treatment, and prompt care for some one who is suffering from not being able to eat, sleep, and be without pain and repeated infections, which prevent the major life activities of a sound state of mind as well, and the Deliberate Indifference for the ADA/R.A. and Dis-crimination standard is (1) Defendant had knowledge that a federal right was substantially likely to be violated and (2) Defendants failed to act despite that knowledge. A Claim under the R.A., requires the same showing with the additional element of proving that the program in question received federal dollars, as held in Gibbs v. City of Pittsburgh, 989 f.3d 226 (3d Cir. 2021) A Qualified disabled person can base a discrimination claim on intentional discrimination and or failure to accommodate a disability see Fulton v. Goord, 591 f.3d 37, 43 (2d Cir. 2009). 28 C.f.R § 36.302; Wright v. New York State Dept. of Corr, 831 f.3d 64, 72-73 (2d Cir. 2016)

**Claim III:** 8th Amendment Violation, Deliberate Indifference to Plaintiff serious medical needs, By D.O.C. and each of it facilitys failed to provide the Contemporary Standard of Decency of community. Which Caused him decomposing of his conditions.

**Supporting Facts:** As Plaintiff has cited in his statement of facts; Attached to his Complaint, which addresses a number of occasion since his 10 year incarceration that he is suffering major medical ailments and degenerative conditions that has only gotten worse for the Deliberate Indifference of the D.O.C. and it's employ-ees, Agents, Contractors. of the medical Department and their failure to treat & care, for Denial & Delays, And "Shortness of Staff" as well as his repeated - Transfers, from one facility to the next preventing him from exhausting his informal resolutions, and or the medical Department, not having to answer any more of his multiple request forms, complaing of his failing Health And the severe pain and inability to eat or sleep normally and function as well.

## Statment of Facts

1. The Plaintiff, is an inmate/Prisoner, who is a Qualified Disabled Person, who has been incarcerated for aprox. 10 years. Who has been suffering from Major Med. Conditions that has plagued his health and caused him serious extreme pain and anguish, for a good portion of the years he been incarcerated, and not provided the Contemporary standards of Decency, Medical Care of the Community Standards.

2. He has been suffering from Major Dental prob-lems, and not provided adequate Dental treatment or Care. Only Deliberate Indifference, Via Delay and Deny, and other Nefarious, and unscrupulous tactics used by the D.O.C. (Entity) And it's employees, who are the Health Care Staff.

3. These tactics, actions, and inactions have violated his rights, his Constitutional Rights of 8th Amendment, and his ADA & RA rights, perpetrated by Multiple Staff in their Official and Individual Capacities. And all of Plaintiff's, attempts at resolution has been fruitless and futile because of Deliberate Indifference by the named Defendants, in this Complaint

4. The Plaintiff, can't eat properly and or without pain and discomfort, because of Sensitivity and his infections, Bleeding Gums, and abscesses, and these symptoms have persisted for atleast 7 years.

5. On 4/7/19, Plaintiff, was housed at Northern C.I. Where ODs Deflorio was the Dentist, she Documented his Conditions on 4-10-19.

6. Plaintiff, filed CN9602 grievance on 4-11-19, IGP# 20866, re. the facts of his Condition and the lack of Care & treatment. He has Repeatedly filed Informal Resolutions, since this date, and still haint gotten his Dental problems taken care of, as well as other med--ical issues

7. On April 24, 2019, He submitted a CN9601 to med. Dept. re. the Sensitivity and extreme pain, he's been experiencing. Also, he requested a Soft food Diet. Response from Dental Dept. on 5-1-19, that he was placed on list to be seen.

8. On April 28, 2019 ReN. Brott, Documented Plaintiffs Condition of Bleeding Gums and Sensitive teeth.; On 5-1-19 He was seen by Dental Dr. Deflorio, and she Noted and documented all of his disabilities regarding his teeth. And Cleaning was refused because of teeth Sensitivity.

9. On 10-27-19, Plaintiff, filed a CN 9602 (grievance) re. Chronic head aches, Back pain, loss of hair, and pain in his Scalp, with Dry Scalp and irritated Skin, also Random Stomach pains & aches.

10. The D.O.C. Doctors failed to treat and or care for any of his disabling Conditions, as he requested to be Sent to an out-side specialist, for an indipendent un--biased opinion and Dragnosis.

11. On 11-19-19, Dr. Kasabi D.D.S., Documented in his File; (medical records); re. his exam, which reflected Pain in Plaintiff's upper right side, and History. Also Condition of Tooth #3; Swelling, Pain, which had a large restoration, and he gave Consent to be treated, which lead to an extraction. And on the next visit/appointment, his other Teeth was suppose to be treated by being restored. He was housed in Walker c.I.

12. On 1-9-20, Plaintiff, was housed at Garner C.I. He had an Appointment with Dental Dept. D.D3, Bruce Lichtenstein. He informed Dentist, that he needed the dental services of standards he was entitled to. Doctor/Dentist, wanted Plaintiff, to Sign the Covid review form (Questionare) if he wanted care/treatment. He did not Sign, because he did not believe it was legal.

13. On 1-6-20, He submitted CN9601, at Corrigan C.C.C.C., to Medical Dept. re. Why hasn't he been seen by Dental. He explained his, history, and not being able to eat and or drink, because of the pain and discomfort, from the Tempreature of food, and his teeth sensitivity also how none of his informal resolution filings have not been answered, explaining, that he has been wai-ting in extreme pain and anguish, where he, could not even brush his teeth.

14. On 1-15-20, A. R.N. Frenchette, responded, and they claimed that they did not have no control over what other facilities, did or did not do. Which is, in--credulous, because each facility has access to his medical records (files), and all of his emergent problems documented, the pain, and decomposing of his condition and other health issues. They (C.C.C.) Staff, claimed that they are "short-staffed", And because Plaintiff, is housed in S.R.G. (Security Risk Group) Unit, his access to Medical/Dental is limi--ted in time.

15. On 1-12-20, Plaintiff, once again filed a CN9 602 re. all of his Medical Conditions and disabilities, pains and how he has been billed for fees for the Same previous conditions, Diagnosed, treated and or

16. Or not treated. He repeated his request to be been and examined, see IGP# 24017 on 1-13-20, this was disposed, claiming that he failed to file an informal resolution, prior to filing a grievance. This was false, and intentionally, in order and design by the D.O.C. Agents to prevent him from getting a Prompt Care treatment. Although they claimed this is why they rejected grievance. the facts are that it made them aware of Plaintiff's, medical Complaints.

17. On 5-22-22, Plaintiff, was housed at McDougal C.I., He submitted a CN9601 to Dental Dept., re. his need for Dental Care, and the urgency, how he has been tirelessly trying to get Care and treatment for his disabling Conditions regarding Oral problems.

18. On 5-23-22, A D.D.S. Cuevas, responded to him, claiming that Plaintiff, refused treatment on 11-4-20. D.D.S. Cuevas, also set an appointment for teeth Cleaning and fillings, for 9 to 12 months waiting list.

19. On 10-26-22, He submitted a CN9601 to Dental Dept. Re. his Numerous, Complaints, to their Dept. he filed Via informal resolution request forms and grievances. Re. the Dental Dept's Delays of Care B treatment, and the last time he received treatment on 11-19-19

20. Where, his tooth was extracted. also how after he's been allowed to suffer in severe pain and anguish and feeling tortured. Also how he was told that he was on a 9 to 12 Month waiting list to get Care & Treatment, for all of the long history of Conditions that is documented.

21. On 10-27-22 Dental Assistant Meghan Faust, responded to request, claim that on 11-4-20 he refused treatment, and had been removed from waiting list and then in 5-22-22, He sent request, and placed back on the waiting list for fillings and Cleaning. And that they would get to him as soon as they get to his Name on the list.

22. On 10-31-22, He, Submitted a CN 8901 (H.S.A.R.) Re. Dental D.D.S. Frankie Cuevas and assistant Faust, filing false fabricated, lies in their Medical reports, and to his request. That he has been refusing treatment for My Dental needs, Which was false. Plaintiff, received no response to his grievance.

23. On 12-4-22, He Submitted a CN 601 to a Counselor Jahie, Re, his Dates, he was transferred from one facility to the other, Which Concerned prevention of his informal resolutions.

24. On 12-18-22, Plaintiff, submitted a CN8902 (lvl2) which was for his 10-31-22, H.S.A.R. filing, that was never answered/responded to.

25. On 1-26-23, He submitted a CN8903 (lvl3) Re. same two other filings, that he never got any response from (grievance and appeals.

26. On 4-18-23, Plaintiff, submitted to medical/Dental a CN9601 Re. being in severe pain in his lower right Jaw, and the throbbing pain being so excruciating that he cannot eat anything.

27. On 4-23-23, He submitted a CN9601 to medical, Re. the Multiple, Numerous request he has submitted concer- -ning his oral conditions, and their failures to provide him with adequate care & treatment, as he is entitled to. Also stressing that he needed help A.S.A.P. Dental assistant Meghan Faust, Responded that he was allegedly seen on 4-26-23

28. On 5-2-23, He, submitted a CN9601 to medical Re. Blood work, that he believed he needed, because of an abscess in his mouth (Periapical Abscess) believed to be from my lack of Dental Care, and Gum disease, on 5-4-23 unknown R.N., responded that i was placed on Sick call list.

29. On 5-3-23, Plaintiff, Submitted a CN 9601 to Medical Re. his requesting to See the Provider for a Different treatment Plan, in Managing his pain that he has been tortured With, what with all of his Dental problems that the D.O.C. and its Agents/employees, respon--sible, has failed to provide adequate medical/Dent--al Care for. On 5-4-23, a Nurse, James responded With, he was sending Message to provider.

30. On 5-18-23 He Submitted, a CN 9601 to D.D.S. Supervisor, Lisa Cruz, Re. her Dept. (Dental) at McDougal C.I. and Other facilities for the last 4 years have Denying and Delaying, his prop-er needed Care, Re. fillings, and how it has Caused Severe deterioration of his Conditions and also pain and Bad Health. Also Concerning her Collea-gues, frankie Cuevas, in 2019, who while in Walker C.I. extracted a tooth unnecessarily, as he discovered. Also re. incompetence and Deliberate Indifference, that is now occurring with Cuevas, concerning the abscess in his mouth, that is infected, Causing him extreme pain. And due to D.D.S Cuevas failure to assess, Plaintiffs, De--ntal needs adequately, he put Plaintiff's Health at Great risk and harm, even to the Point of Death.

31. Even After Multiple Complaints to D.D.S. Cuevas, re. his Conditions of Bleeding Gums, and all the other Known documented Conditions, like his Teeth being loose, Grayish Gum tissue.

32. Frankie Cuevas, examined him 3 times prior to his Gums Swelling so bad that they burst. Plaintiff, has a "Ball", or a Flat like hard object it feels like in his Jaw Which did not appear until after his Conditions worse-ned. He also informed R.G.Q.O., Cruz, of him feeling dizzy and tingling in his lower Back, legs and Arms. Plaintiff, requested to be examined by an independent/ different D.D.S. Dentist, because of the lack of trust he had for Cuevas. On 5-26-23, this request was allegedly Sent to D.D.S Cruz. And on 6-16-23, Plaintiff Was finally Seen.

33. On 5-18-23, He filed a C.N.8961 (HSAR.) Re. Diagnosis treatment, regarding the lack of Dental Care, and the abscess on his tooth/Gum, Stating the fact that, he was not receiving, the Contemporary Standards of Decency of Care, Same as if he would in the Community in Society. Also the fact that all of his informal attem-pts at resolution to remedy the matter, were all leading to dead ends, and no responses, of any Significance if any were being addressed, in order to Deny Care.

34. On 7-3-23, He submitted a lvl-2 CN8802, Re. the non responses of his CN8801, from 5-18-23

35. On 7-5-23, He submitted to medical a CN9601, re. his severe abdominal pain, and his not knowing if it was be-cause of his Dental problems and not being able to eat by chewing his food properly, and just swallowing it. in whole parts. Nurse, James placed him on the sick call list.

36. On 7-20-23, He submitted a CN9601 to medical once again re. his severe stomach pains and anguish, and still not and or triaged. Nurse James responded on same date. claiming he placed him on sick call list and sent message to provider and supervisor.

37. Plaintiff, received a Correspondence letter from Jenn-ifer Cruz, the regional Chief operating officer (Re.C.O.O) a response to one of his request (CN9601) dated, re-ceived on 7-25-23, her response on 9-26-23 regarded the times Plaintiff, was allegedly seen by the Dental Dept. claiming that the matter has been resolved. Which is clear from the truth, and clear form of Deliberate Indifference, as the Dates she cited reflects (4-24-23; 4-26-23; 5-8-23 and 6-16-23). And no date relating to the request Plaintiff sent to her, and the repeated complaints, he was writing even

38. after, the dates he was seen.

39. On 7-26-23, He submitted a CN9601 request to medical, complaining of his abdominal pains, that are consist--ently bothering him, and he have yet to see a Doctor and or specialist to stop the pain, because the pain is not something that he has experienced before. Nurse, James responded on 8-12-23, claiming to have sent message to provider.

40. On 7-31-23 He submitted a CN9601 to medical, Re. the rediculousness of constantly write multiple, number of request complaining of the same issues and not getting any real help for his serious torturous suffering medical conditions. Nurse James responded with same, that he was sending message to provi--der, and will place him on the sick call list on 8-8--23.

41. On 8-14-24, Plaintiff, submitted a CN9601 to medical regarding and informing Department, that his Attorney sent out a letter of Notice, on his behalf giving the D.O.C. and it's Agents, employees, staff Notice of the consequences of violating Plaintiff's rights, giving them warnings of filing civil complaints against them. Nurse, James responded on 8-14-23 with his routine response.

42. On 8-15-23, He submitted a CN0903(IV13) Re. 5-18-23, H.S.A.R. He filed and never got a response.

43. On 8-23-24, In Corrigan C.C., Plaintiff, submitted a CN9601 to medical, Re. Multiple X-Rays and being clue-less as to why. He also cited how he was in fear for his safety and health and great fear for his life, and well being and the strangeness as to why and whole ordeal, Which Caused him Major stress and Anxiety, mental health decomposing.

44. On 8-28-24, at Corrigan C.C., He submitted a CN9601 to R.C.O.O., Jennifer Sanchez, Re. his repeated complaints of his abdominal pains for all that year, and have not received any care or treatment, from medical and or Dental, also Mental health, was inadequate, throughout his whole time incarcerated. He asked for those who were, in authority, and have failed to provide his care, to be demoted from their positions. And then provide him with the Contemporary standard's of Care's

45. Jennifer Sanchez, responded that she could see no request from him written since oct. Also none for any discipline. This was Deliberate Indifference, as her response was on 9-10-24.

46. On 9-4-24, He submitted a CN9601 to RCOO, Sanchez, Re. his Multiple request, at least 4 times, regarding him not getting adequate medical care, as Community, as he is entitled. She gave same response as she reffered to her 8-28-24 response.

47. On 9-14-24, He submitted a CN9601 to Dental Serv. Which was his 2nd, and this one regarded him being re-moved from the SRG housing unit to General population F-Unit. And he was asking to be seen promptly for the care he has been desperate to receive for so long.

48. For some reason, D.A. Frenchette, Claimed this was Plaintiff's first request submitted that they received from him. And that he would be placed on list on 9-17--24.

49. On 9-16-24, He submitted a CN8901 for Admin. Re. the D.O.C. not meeting the Contemporary Standards of Dec--ency, for Medical and Mental Health Needs. There was no response once again to his grievance.

50. On Oct. 16, 2024, Plaintiff, received a letter head, Corre--spondence from a Marisa Andexler, RN, BSN. (Health, --Service Admin. Remedy Coordinator Correction Nurse) return--ing the HSAR un-answered Claiming that his date were

51. in-correct, which was not-true, because he filed at the right time as allotted in accordance to A.D.8.9.

52. On 9-14-24, Plaintiff was emergencied to Hartford Care, for removal of a foreign object from his Stomach Digestive tract. (Which he believes he swallowed, From the State Served meals.) And not being aware, because of the way he consumed his meals, with out being able to properly chew, because of his Oral, Dental Conditions.

93. until this Day of December 20th 2025. The Plaintiff is still suffering from the same medical conditions re. his teeth, Gums, and other physical ailments, as well as the decomposing of his overall health, physical and mental health. And the Medical/Dental Depts are still inadequate and Deliberately Indifferent.

## E. REQUEST FOR RELIEF

I request the following relief: Plaintiff in this matter reserve the right to Amend/Modify this Relief Request as deems appropriate, if and when the case Develops. For Official Capacities, Declaratory Relief is Demanded. Also Injunctive Relief in the form of immediate treatment and Care for his emergent Condition, in a form of a emergency TRO via the Court upon review. And Damages, In the form of Compensatory Damages in the Amount of 5 million U.S. Dollars, And Punitive Damages at least 2x the Compensatory Damages Nominal Damages; and Or Presumed Damages; And Reasonable Attorney fees And cost, As and What Court

## F. JURY DEMAND

Deems Appropriate. All Defendants are sued officially & Individually Capacities.

Do you wish to have a jury trial?    Yes ___✓___        No _____

_Pro - Se  Persone Plaintiff_
Original signature of attorney (if any)

Plaintiff's Original Signature

Printed Name ___Same___

Printed Name ___Treizy T. Lopez___

___Cheshire Corr. Inst.___

___900 Highland Ave. Cheshire Ct.___
___06410___

( )
Attorney's full address and telephone

( ) N/A
Plaintiff's full address and telephone

N/A
Email address if available

N/A
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Cheshire Conn.___     on ___Dec. 28th 2025___.
       (location)           (date)

Plaintiff's Original Signature

(Rev. 3/21/16)

5